FILED

07/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0667

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

No. DA 22-0667

_____

MONTANA DEMOCRATIC PARTY and MITCH BOHN, WESTERN NATIVE VOICE, et al.,
MONTANA YOUTH ACTION, et al.,

        Plaintiffs and Appellees,

v.

CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,

        Defendant and Appellant.

_____

**ORDER GRANTING APPELLANT'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

_____

Pursuant to M. R. App. P. 26(1), and for good cause appearing, Appellant's

Unopposed First Motion for Extension of Time to File Reply Brief is GRANTED.

Appellant shall have an extension up and to including August 14, 2023, to file and

serve her reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 3 2023